**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | IP 98-100-CR-B/F |
| | ) | No. 1:06-cv-392-SEB-VSS |
| VICTOR T. STEELE, | ) | |
| | ) | |
| Defendant. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for relief pursuant to 28 U.S.C. § 2255, docketed as No. 1:06-cv-392-SEB-VSS is **granted in part and denied in part,** such that:

1.     The 300-month sentence imposed for the carjacking offense charged as count 3 in the criminal action docketed as IP 98-100-CR-B/F is **vacated**;

2.     An **Amended Judgment shall be issued** in the criminal action docketed as IP 98-100-CR-B/F imposing a sentence of 180 months for the defendant's conviction of carjacking, a violation of 18 U.S.C. § 2119(1), such sentence to be served concurrently with the life sentence imposed for the kidnaping offense in count 1 of that same prosecution, and all other terms of the sentence to remain the same; and

3.     The § 2255 motion is in all other respects **denied** and the civil action docketed as No. 1:06-cv-392-SEB-VSS is **dismissed with prejudice.**

Date: _____
04/20/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joe Vaughn
Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

Victor Thomas Steele, Reg. No. 04395-090
United States Penitentiary
P.O. Box 4000
Springfield, MO 65801-4000